# United States Court of Appeals
## For the First Circuit

No. 22-1110

NELLIE SANINOCENCIO,

Plaintiff,

GARY DOLAN,

Interested Party - Appellant,

v.

PIERCE AND MANDELL, P.C.; LITCHFIELD CAVO, LLP; AVERY DOOLEY AND NOONE, LLP,

Defendants - Appellees,

RICHARD E. WELCH, III, Superior Court Judge (Retired); MASSACHUSETTS SUPREME JUDICIAL COURT,

Defendants.

**ORDER OF COURT**

Entered: September 29, 2022

The motion to strike is denied.

By the Court:

Maria R. Hamilton, Clerk

cc:
Nicholas W. Rose
Gary Dolan
Peter H. Carroll